UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION, SECURITY,
POLICE & FIRE PROFESSIONALS OF
AMERICA (SPFPA),

      Plaintiff,

v.

STEVEN ANGELO MARITAS, et al.,

      Defendants.
_____/

Case No. 14-11484

Honorable Nancy G. Edmunds

### ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [36] AND DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION TO DISMISS [16], MOTION FOR SUMMARY JUDGMENT [21], AND AMENDED MOTION FOR SUMMARY JUDGMENT [22]

    This matter comes before the Court on the Magistrate Judge's Report and Recommendation [ECF No. 36]. Being fully advised in the premises and having read the record and the pleadings, including the Report and Recommendation and Defendants' Objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation, and DENIES WITHOUT PREJUDICE Defendants' motion to dismiss [ECF Nos. 16], motion for summary judgment [21], and amended motion for summary judgment [22].

    SO ORDERED.


          S/Nancy G. Edmunds
          Nancy G. Edmunds
          United States District Judge

Dated:  December 9, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 9, 2014, by electronic and/or ordinary mail.

        S/Carol J. Bethel
        Case Manager