UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION, SECURITY,
POLICE & FIRE PROFESSIONALS OF
AMERICA (SPFPA),

Case No. 14-11484

Honorable Nancy G. Edmunds

     Plaintiff,

v.

STEVEN ANGELO MARITAS, et al.,

     Defendants.
_____/

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [42] AND DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION FOR INJUNCTIVE RELIEF [23, 26] AND MOTION FOR SUMMARY JUDGMENT [31] AS MOOT**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [ECF No. 42]. Being fully advised in the premises and having read the record and the pleadings, including the Report and Recommendation,[1] the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. Defendants' motion injunctive relief [ECF Nos. 23, 26] are DENIED WITHOUT PREJUDICE and Defendants' motion for summary judgment [ 31] is DENIED AS MOOT.

     SO ORDERED.

                   S/Nancy G. Edmunds
                   Nancy G. Edmunds
                   United States District Judge

---

[1] No timely objections were filed.

Dated: December 9, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 9, 2014, by electronic and/or ordinary mail.

        S/Carol J. Bethel
        Case Manager