UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION,
SECURITY, POLICE & FIRE            Case No. 14-11484
PROFESSIONALS OF AMERICA,
                                   Honorable Nancy G. Edmunds
          Plaintiff,

v.

STEVEN ANGELO MARITAS, et. al.,

          Defendant.
_____/

## ORDER AND OPINION ACCEPTING THE MAGISTRATE JUDGE'S MARCH 31, 2015 REPORT AND RECOMMENDATION [57]

Currently before the Court is the magistrate judge's March 31, 2015 report and recommendation. The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation.

It is further ordered that Defendant Marita's counterclaims [29, 31] are DISMISSED and Plaintiff's motion to dismiss counterclaims [51] is DENIED as moot.

SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: April 17, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 17, 2015, by electronic and/or ordinary mail.

        s/Carol J. Bethel
        Case Manager